THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN HENDERSON, JR., Appellant.— Motion to dismiss appeal granted. Present — Cohn, J. P., Callahan, Breitel, Botein and Rabin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUISE LEVINE, Appellant.— Motion to dismiss appeal granted. Present — Cohn, J. P., Callahan, Breitel, Botein and Rabin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BRUNO LOVECKI, Appellant.— Motion to dismiss appeal granted. Present — Cohn, J. P., Callahan, Breitel, Botein and Rabin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTHONY NOCERO, Appellant.— Motion to dismiss appeal granted. Present — Cohn, J. P., Callahan, Breitel, Botein and Rabin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILBERT PINCKNEY, Appellant.— Motion to dismiss appeal granted. Present — Cohn, J. P., Callahan, Breitel, Botein and Rabin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NANDOR SCHNEEWEISS, Appellant.— Motion to dismiss appeal granted. Present — Cohn, J. P., Callahan, Breitel, Botein and Rabin, JJ.